FILED
UNITED STATES DISTRICT COURT
LAS CRUCES, NEW MEXICO

JUN 18 2025

MITCHELL R. ELFERS
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. CR-25-2150 MIS |
| Plaintiff, ) | |
| ) | Count 1: 8 U.S.C. §§ 1326(a) and (b): |
| vs. ) | Re-entry of a Removed Alien |
| ) | |
| **ANDRES DE LOS** ) | Count 2: 50 U.S.C. § 797: |
| **SANTOS-MARTINEZ,** ) | Penalty for Violation of Security |
| ) | Regulations |
| Defendant. ) | |
| ) | Count 3: 18 U.S.C. § 1382: Entering |
| ) | Military Property |
| ) | |

## INFORMATION

The United States Attorney charges:

On or about June 1, 2025, the defendant, **ANDRES DE LOS SANTOS-MARTINEZ**, an alien, knowingly entered, attempted to enter, and was found in the United States, in Doña Ana County, in the District of New Mexico, contrary to law in that the defendant had been previously deported, excluded and removed and departed the United States on or about May 17, 2025, while an Order of Exclusion, Deportation and Removal was outstanding, and the defendant had not obtained the express consent of the Secretary for Homeland Security to reapply for admission into the United States.

In violation of 8 U.S.C. §§ 1326(a) and (b).

### Count 2

On or about June 1, 2025 in Doña Ana County, in the District of New Mexico, the defendant, **ANDRES DE LOS SANTOS-MARTINEZ**, by knowingly and unlawfully entering the United States from the Republic of Mexico, willfully violated the order issued on April 18,

2025, by the U.S. Army Garrison Fort Huachuca military commander designating the New Mexico National Defense Areas, also known as the Roosevelt Reservation, as both a restricted area and a controlled area under Army Regulation 190-13, prohibiting the unauthorized entry into the New Mexico National Defense Areas, a defense property security regulation.

In violation of 50 U.S.C. § 797.

Count 3

On or about June 1, 2025, in Doña Ana County, in the District of New Mexico, the defendant, **ANDRES DE LOS SANTOS-MARTINEZ**, entered any military reservation, post, fort, arsenal, station, and installation, specifically, the New Mexico National Defense Areas, also known as the Roosevelt Reservation, which had been designated both a restricted area and a controlled area pursuant to U.S. Army Regulation 190-13 by the U.S. Army Garrison Fort Huachuca military commander, for any purpose prohibited by law or lawful regulation, specifically, 8 U.S.C. § 1326, reentry after deportation.

In violation of 18 U.S.C. 1382.

RYAN ELLISON
United States Attorney

MARK A. SALTMAN
Assistant U.S. Attorney
200 N. Church St.
Las Cruces, NM 88001
(575) 522-2304